# EXHIBIT A

# Goodman Games LLC

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL321398 | ORIGINAL ADV REINCARNATED #9 C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 2,099 |
| STL321409 | DCC HORROR #5 TOME OF ADV HC ( | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 932 |
| STL347765 | DCC TOME OF ADV HC VOL 06 HOLI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 932 |
| STL339795 | DCC TOME OF ADVENTURE HC VOL 0 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 920 |
| STL347749 | COMPENDIUM OF DUNGEON CRAWLS H | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 824 |
| STL347750 | COMPENDIUM OF DUNGEON CRAWLS H | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 824 |
| STL321294 | CAVERNS OF THRACIA DCC RPG HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 625 |
| STL309021 | DUNGEON CRAWL CLASSICS RPG HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 564 |
| STL310520 | D&D 5E ORIGINAL ADV REINCARNAT | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 531 |
| STL347755 | OAR 9-5 HELLPITS OF NIGHTFANG | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 500 |
| STL345026 | DCC RPG ANNUAL HC (C: 0-1-2) | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 389 |
| STL310521 | D&D 5E ORIGINAL ADV REINCARNAT | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 368 |
| STL323297 | DCC TOME OF ADVENTURE HC VOL 0 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 355 |
| STL321385 | MONSTERS & MAGIC OF THRACIA 5E | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 315 |
| STL321354 | DCC TOME OF ADVENTURE HC VOL 0 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 301 |
| STL331641 | MUTANT CRAWL CLASSICS #15 MUTA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 284 |
| STL323295 | DCC TOME OF ADVENTURE HC VOL 0 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 282 |
| STL310525 | DCC RPG ORIGINAL ADV REINCARNA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 266 |
| STL323243 | BLOOD & THUNDER ULTIMATE BOOK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 266 |
| STL309020 | DUNGEON CRAWL CLASSICS RPG SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 264 |
| STL309025 | DCC #67 SAILORS ON THE STARLES | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 262 |
| STL347753 | FIFTH ED FANTASY #28 BENEATH I | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 255 |
| STL321364 | FIFTH ED FANTASY #27 SACRIFICI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 255 |
| STL321365 | FIFTH ED FANTASY #30 HELLPITS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 255 |
| STL307162 | D&D 5E COMPENDIUM OF DUNGEON C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 240 |
| STL354020 | CRYPT OF DEVIL LITCH 5E ED SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 237 |
| STL321310 | DCC #109 BENEATH ISLE OF SERPE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 215 |
| STL347751 | DUNGEON CRAWL CLASSICS #110 PY | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 215 |
| STL321379 | HELLPITS OF NIGHTFANG DCC SC ( | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 215 |
| STL309030 | MUTANT CRAWL CLASSICS HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 204 |
| STL321380 | HOW TO WRITE ADV MODULES THAT | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 196 |
| STL307168 | 5TH ED FANTASY MONSTERS & MAGI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 191 |
| STL307167 | 5TH ED FANTASY #25 SEVEN DAYS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 180 |
| STL310518 | D&D 5E DUNGEON DENIZENS HC (RE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 170 |
| STL309023 | DCC #89 CHAOS RISING SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 157 |
| STL323296 | DCC TOME OF ADVENTURE HC VOL 0 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 154 |
| STL309026 | DCC #103 BLOOM OF THE BLOOD GA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 148 |
| STL310542 | XCRAWL CLASSICS DUNGEON JUDGES | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 143 |
| STL331217 | D&D 5E RPG DUNGEON DENIZENS LE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 141 |
| STL310541 | XCRAWL CLASSICS CORE RULEBOOK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 139 |
| STL317977 | PROTECTORATE OF JENULANE SC (C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 137 |
| STL347760 | CAVERNS OF THRACIA (DCC RPG) M | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 130 |
| STL347759 | CAVERNS OF THRACIA (5E) MINOTA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 125 |
| STL310526 | DCC ORIGINAL ADV REINCARNATED | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 121 |
| STL323298 | PURPLE PLANET JUDGES SCREEN (C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 119 |
| STL309022 | DCC #100 MUSIC OF SPHERES CHAO | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 110 |
| STL309029 | DUNGEON CRAWL CLASSICS DYING E | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 106 |
| STL310531 | DUNGEON DENIZENS DCC RPG JUDGE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 106 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL310543 | XCRAWL CLASSICS REFERENCE BOOK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 105 |
| STL307244 | PRISONERS OF SECRET OVERLORDS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 105 |
| STL314100 | DCC #104 RETURN TO STARLESS SE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 100 |
| STL310529 | DUNGEON DENIZENS 5E GAME MASTE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 100 |
| STL310524 | DCC RPG DUNGEON DENIZENS HC (C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 95 |
| STL309028 | GOODMAN GAMES 2022 YEARBOOK SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 94 |
| STL327471 | XCRAWL CLASSICS MOJO TOKENS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 86 |
| STL307166 | DUNGEON CRAWL CLASSICS #105 MI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 84 |
| STL315448 | ALL CHIMERAS GREAT & SMALL DCC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 84 |
| STL309047 | DCC #79 FROZEN IN TIME SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 83 |
| STL334296 | GOODMAN GAMES YEARBOOK #11 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 81 |
| STL345028 | DCC RPG ANNUAL FOIL ED HC (C: | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 78 |
| STL327470 | XCRAWL CLASSICS DICE SET | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 72 |
| STL309032 | D&D 5E MONSTERS AND MAGIC OF L | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 71 |
| STL330741 | DCC RPG CORE RULEBOOK DEMON SK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 66 |
| STL309024 | DCC RPG CHARACTER RECORD FOLIO | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 66 |
| STL327461 | RIDERS OF THE BURPWARP SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 63 |
| STL327467 | WARPSHINE RUNNERZ SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 60 |
| STL309036 | DCC DICE MOTES OF MERCURIAL MA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 59 |
| STL310539 | XCRAWL CLASSICS SC #5 BAY CITY | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 59 |
| STL310528 | DUNGEON DELVES SC (RES) (C: 0- | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 56 |
| STL310535 | XCRAWL CLASSICS SC #1 FORMERLY | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 54 |
| STL310536 | XCRAWL CLASSICS SC #2 TROPICRA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 53 |
| STL310519 | 5TH ED FANTASY #26 AGAINST THI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 50 |
| STL309046 | DUNGEON ALPHABET EXPANDED HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 48 |
| STL310538 | XCRAWL CLASSICS SC #4 DEATH IN | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 47 |
| STL310540 | XCRAWL CLASSICS SC #6 DOOMS 2 | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 47 |
| STL331220 | DCC RPG ZIGGURAT MEGA-MAIDEN H | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 47 |
| STL321330 | DCC #87 AGAINST ATOMIC OVERLOR | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 46 |
| STL309041 | MCC RPG 0 LEVEL SCRATCH OFF CH | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 44 |
| STL331221 | ZIGGURAT MEGATON MAIDEN AN ATO | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 44 |
| STL315462 | CHATEAU OF STOLEN MEMORIES DCC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 44 |
| STL310537 | XCRAWL CLASSICS SC #3 PLEASE X | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 43 |
| STL327463 | BLACK MANSE HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 43 |
| STL331218 | DCC RPG DIGEST SIZED CHARACTER | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 43 |
| STL327454 | BAKTOS TERRIFYING CUISINE HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 42 |
| STL309031 | DCC #102 DWELLER BETWEEN THE W | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 41 |
| STL321353 | DCC RPG JUDGES SCREEN | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 40 |
| STL315451 | CHAOS BEFORE THE MAST DCC SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 40 |
| STL315461 | CHATEAU OF STOLEN MEMORIES 5E | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 38 |
| STL339796 | DCC TOME OF ADVENTURE HC 04 PU | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 36 |
| STL309037 | DCC #82 BRIDE OF THE BLACK MAN | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 34 |
| STL321297 | DARK TOWER JUDGES GUILD CLASSI | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 34 |
| STL330742 | DCC RPG CORE RULEBOOK HC EROL | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 33 |
| STL321296 | CRYPT OF DEVIL LITCH 5E ED HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 33 |
| STL315460 | BANE OF ANCIENTS DCC RPG SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 33 |
| STL310527 | DCC #106 TRAILS OF TRAPMASTERS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 31 |
| STL310534 | XCRAWL CLASSICS SC #0 MURDER M | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 30 |
| STL321328 | DCC #85.5 GRIMTOOTHS MUSEUM OF | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 30 |
| STL321376 | GRIMTOOTHS TRAPSYLVANIA SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 30 |
| STL321377 | GRIMTOOTHS TRAPSYLVANIA HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 30 |
| STL315463 | EXODUS OF WOLFBANE 5E SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 29 |
| STL321367 | FIFTH ED FANTASY #4 WAR-LOCK S | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 29 |
| STL321372 | GOODMAN GAMES 2019 YEARBOOK PR | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 29 |
| STL321378 | GRIMTOOTHS TRAPSYLVANIA LEATHE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 29 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL315465 | XCRAWL CLASSICS RPG COMP COLL | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 28 |
| STL323240 | XCRAWL CLASSICS CORE RULEBOOK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 28 |
| STL334289 | 101 HEX ENCOUNTERS SC (C: 0-1- | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 28 |
| STL307163 | D&D 5E COMPENDIUM OF DUNGEON C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 27 |
| STL327464 | ISLE HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 27 |
| STL317975 | DCC LANKHMAR #15 HOUSE OF JADE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 23 |
| STL321332 | DCC #90 DREAD GOD AL KHAZADAR | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 22 |
| STL321381 | JUDGES GUILD DLX OVERSIZED COL | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 22 |
| STL323294 | DCC RPG SLIPCASED TOME OF ADVE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 20 |
| STL315450 | CHAOS BEFORE THE MAST 5E SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 17 |
| STL309043 | DCC #74 BLADES AGAINST DEATH | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 14 |
| STL321395 | MUTANT CRAWL CLASSICS #8 DATA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 14 |
| STL321407 | UMERICAN SURVIVAL GUIDE CORE S | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 14 |
| STL315452 | DCC RPG DARK TOWER DCC DICE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 13 |
| STL321363 | FIFTH ED FANTASY #24 PRISM OF | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 13 |
| STL315464 | EXODUS OF WOLFBANE DCC RPG SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 13 |
| STL321300 | DCC DICE SEZREKANS SANGUIVOROU | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 12 |
| STL321408 | THIEVES OF FORTRESS BADABASKOR | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 12 |
| STL321390 | MUTANT CRAWL CLASSICS #3 INCUR | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 11 |
| STL344133 | DCC #86 HOLE IN THE SKY NEW PT | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 10 |
| STL315455 | DUNGEON CRAWL CLASSICS #107 FO | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 8 |
| STL321392 | MUTANT CRAWL CLASSICS #5 VILE | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 8 |
| STL309042 | GREATEST THIEVES IN LANKHMAR S | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 8 |
| STL321334 | DCC #91 JOURNEY TO CENTER OF A | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 6 |
| STL309044 | MUTANT CRAWL CLASSICS CORE RUL | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 5 |
| STL321358 | FIFTH ED FANTASY #19 DENIZENS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 5 |
| STL321357 | FIFTH ED FANTASY #18 HORROR BL | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 5 |
| STL309033 | DUNGEON CRAWL CLASSICS LANKHMA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 4 |
| STL321306 | DCC RPG DICE SET ELEMENTAL DIC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 4 |
| STL334293 | DCC RPG DICE RUSTED DEATH HULK | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 4 |
| STL321359 | FIFTH ED FANTASY #20 ONE NIGHT | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 4 |
| STL321331 | DCC #88 998TH CONCLAVE OF WIZA | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 3 |
| STL334292 | DCC RPG DICE GREENSTONE SHARDS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 3 |
| STL321315 | DCC #72 BEYOND BLACK GATE SC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 3 |
| STL309039 | DUNGEON CRAWL CLASSICS THE EMP | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 2 |
| STL343247 | SHADOW OF MOGG REVISED ED HC ( | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 2 |
| STL315457 | DWELLING & DRIVEWAYS KEEP ON C | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 2 |
| STL310523 | DCC RPG AGAINST THE THIEVES GU | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 1 |
| STL307164 | DCC DICE HALF POUND RANDOM ASS | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 1 |
| STL321362 | FIFTH ED FANTASY #23 SUNLESS G | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 1 |
| STL339798 | WRYMLINGS AN ALL AGES TTRPG HC | 3708 | GOODMAN GAMES LLC | 5 | GAMES | 1 |