**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Morgan W. Fisher, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00246 (DER) |
| Goodman Games, LLC, | |
| Defendant. | |

**JOINT RULE 26(f) REPORT**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, applicable in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 7026, Counsel for Plaintiff, the Chapter 7 Trustee (Debtor Diamond Comic Distributors, Inc. ("DCD")) and Defendant Goodman Games, LLC ("the Parties") conferred on February 26, 2026, and March 3-4, 2026, to consider the nature and basis of their claims and defenses, the possibilities of a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan.

1. **Electronic Discovery**. The parties have reviewed Rule 26(f), which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties have reviewed the Principles for the Discovery of Electronically Stored Information ("ESI") in Civil Cases (as set forth by the United States District Court for the District of Maryland at https://www.mdd.uscourts.gov/sites/mdd/files/ESI-Principles.pdf), and will discuss the ESI Principles to agree on voluntary compliance, as appropriate. The Principal 2.03 Conference will occur on or before May 4, 2026. Documents and ESI shall be produced electronically via a mutually agreeable method such as an FTP site, and as searchable Static Images. This production protocol may be modified by mutual agreement or by court order.

2. **Rule 26 Disclosures**. Unless otherwise agreed to by the parties, the parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before April 23, 2026.

3. **Discovery**. The Parties have agreed that they may propound document requests, interrogatories, and requests for admissions pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, which response shall be made within 30 days of service. Unless otherwise ordered by the Court or agreed to by parties, the limitations on discovery set forth in the Federal Rules of Civil Procedure shall be strictly observed.

   (a) **Discovery Requests**. The Parties shall serve all initial document requests, interrogatories, and requests for admissions on or before May 11, 2026.

   (b) **Agree on ESI Search Terms.** The Parties will make reasonable efforts to agree on ESI Search Terms on or before May 25, 2026.

   (c) **Substantial Document Production Completion Date.** The Parties expect to have document production substantially completed by July 6, 2026.

   (d) **Fact Discovery Cut Off**. The Parties have agreed that, except for Rule 26(a)(1) disclosures, all fact discovery in this case shall be initiated so that it will be completed on or before August 31, 2026. The Parties have agreed that they may take fact depositions at any time prior to the expiration of the fact discovery deadline.

   (e) **Privilege Logs**. Privilege logs shall be produced in accordance with the Federal Rules of Civil Procedure so as to be completed within five (5) business days of the related document production. Privileged communications occurring after April 29, 2025, need not be included on a privilege log.

   (f) **Expert Initial Disclosures.** The identify of expert witness and subject matter of expected testimony, per Rule 26(a)(2)(A) and 26(a)(2)(C)(i), shall be disclosed on September 8, 2026. Any rebuttal experts, and subject matter of expected testimony, shall be disclosed on September 18, 2026.

   (g) **Expert Reports and Expert Discovery Cut Off.** Expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on October 8, 2026. Rebuttal expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on October 29, 2026. All expert discovery shall be completed by November 20, 2026.

4. **Protective Orders**. The parties will submit a confidentiality order to the Court for approval on or before May 4, 2026.

5. **Case Dispositive Motions**. Any dispositive motions must be filed on or before December 3, 2026. Answering briefs in opposition thereto are due eighteen (18) days later (December 21, 2026), with reply briefs to be filed fourteen (14) days after the filing of any answering briefs (January 4, 2027).

6. **Joinder of Other Parties and Amendment of Pleadings**. All motions to join other parties, and to amend or supplement the pleadings, shall be filed on or before July 20, 2026.

7. **Pretrial Order**. If this adversary proceeding cannot be resolved on dispositive motions, the Parties have agreed to file a Joint Pretrial Report within thirty (30) days of the Court's ruling on dispositive motions.

8. **Length of Trial**. The Parties estimate that the time required to try this adversary proceeding will be 3-4 days.

9. **Other Matters**. There are no other matters that need to be raised at this time.

DATE: March 4, 2026

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Telephone: (410) 580-0500
Email: zvi@zviguttman.com

*Counsel for Plaintiff Chapter 7 Trustee*

-and-

Drew M. Dilworth *pro hac vice submitted*
Eric J. Silver *pro hac vice submitted*
Darrell Payne *pro hac vice submitted*
Stearns Weaver Miller et al.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: ddillworth@stearnsweaver.com
esilver@stearnsweaver.com
dpayne@stearnsweaver.com

*Counsel for Plaintiff Chapter 7 Trustee*

s/ Janet M. Nesse
Janet M. Nesse
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Tel.: (301) 441-2420
Email: jnesse@mhlawyers.com

*Counsel for Defendant Goodman Games, LLC*

#14513442 v2

3